UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  EDCV 18-02454-AB (Ex)

JAMES RUTHERFORD,

                Plaintiff,

v.

BOOT BARN, et al.,

                Defendants.

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 8, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE