# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOOT BARN, a business of unknown form; MEILOON VALLEY, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-02454-AB-KK<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Boot Barn, Inc. and Meiloon Valley, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees. |

IT IS SO ORDERED.

DATED: May 21, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT